IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-146-D

| | |
|---|---|
| JAMES CHARLES BAILEY, JR., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| STATE OF NORTH CAROLINA, et al., | ) |
| Defendants. | ) |

This matter is before the undersigned on defendant Charles Gurley's ("Gurley") motion to file in paper form and extend time to answer [D.E. 13]. Gurley, an attorney licensed to practice in the State of North Carolina, states in his motion that he is appearing as counsel of record for himself. Gurley requests an extension of time to answer the complaint and for permission to file in paper form until he completes the requisite electronic filing class and secures a CM/ECF login and password.

Gurley's motion to file conventionally is granted [D.E. 13]. In his motion to file in paper, Gurley states that he will enroll in the court's April 24, 2014 CM/ECF training class, but his name does not yet appear on the roster. The clerk has made arrangements for Gurley to attend the April 24, 2014, CM/ECF training. He may contact Scott Cannon, the clerk's office trainer, at (919) 645-1700 for additional information. Gurley may file documents in paper form through April 25, 2014. Thereafter, Gurley shall file all documents electronically in compliance with the Local Rules of Practice and Procedure, including Local Civil Rules 5.1 and 83.1.

For good cause shown, Gurley's motion for extension of time is granted [D.E. 13]. Gurley

1

is allowed through and including May 5, 2014, to file an answer or other response to plaintiff's complaint. In addition, Gurley must file a financial disclosure statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.3. Gurley also is reminded that he is an inactive member of the Eastern District of North Carolina bar under Standing Order 03-PLR-4, which issued on November 26, 2003. A copy of the standing order is attached. Gurley is directed to comply with Standing Order 03-PLR-4 by May 5, 2014.

This the 17th day of April, 2014.

Julie A. Richards, Clerk of Court

ATTACHMENT A

Standing Order
03-PLR-4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

FILED
NOV 26 2003
_____, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLERK

## STANDING ORDER ON THE BAR OF THE EASTERN DISTRICT OF NORTH CAROLINA

In order to facilitate the establishment of a current list of attorneys authorized to practice before the Eastern District of North Carolina and in order to provide the court with current information establishing a correct name for the attorneys admitted to practice before this bar, a current legal address and business address for such attorneys, a current telephone number and a current e-mail address for electronic transmission of data, the court hereby orders that the Clerk shall mail a notice of this order to every name presently listed on the roll of attorneys admitted to practice before the Eastern District of North Carolina. This shall be completed by December 12, 2003.

Prior to January 31, 2004, each attorney qualified for admission and intending to remain on the active roll of attorneys for the United States District Court for the Eastern District of North Carolina, shall provide the court with a written statement of the attorney's correct name, legal address and business address, telephone number, and electronic e-mail address, where available. This information will be collected and maintained by the Clerk of the United States District Court for use in contacting attorneys and in electronic transmission of data from this point on. Any attorney not complying with this order will not be maintained on the list of active attorneys maintained by the Clerk for transmission of data and for mailing of court-related information.

Noncomplying lawyers will be maintained on an inactive list of names and addresses which will allow the attorney to be upgraded to the active list by compliance with this order. But until such compliance, information from the court will not be directed to such attorneys on the inactive list.

This 19th day of November, 2003.

_____
TERRENCE W. BOYLE
CHIEF JUDGE
UNITED STATES DISTRICT COURT